# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH

Portsmouth District Court  
111 Parrott Ave.  
Portsmouth NH  03801-4490

Telephone: (603) 431-2192  
TTY/TDD Relay: (800) 735-2964  
http://www.courts.state.nh.us

August 19, 2009

PRUDENTIAL INSURANCE COMPANY OF AMERICA  
JENNIFER RODRIGUEZ  
DISABILITY MANAGEMENT SERVICES  
PO BOX 13480  
PHILADELPHIA PA  19176

Case Name:    **Breanne Geaghan v. Prudential Insurance Company of America**  
Case Number:  **470-2009-SC-00351**

Enclosed find Small Claim Complaint.

Janice M. Newson Clerk of Court

(0124)

C: Breanne P Geaghan

NHJB-2012-DFPS (1/31/2005)

# The State of New Hampshire

THE STATE OF NEW HAMPSHIRE, Rockingham County
PORTSMOUTH DISTRICT COURT
111 PARROTT AVENUE
PORTSMOUTH, NEW HAMPSHIRE 03801
603-431-2192

Case Number __09SC351__

## SMALL CLAIM COMPLAINT

Name __Breanne P. Geaghan__
Street/No. __530 Portsmouth Ave__
City/State __Greenland, NH     03840__
                                    Zip Code

**PLAINTIFF**

The Plaintiff claims that the Defendant named below owes the Plaintiff $ __2460__
                                                                       (Amount)
because (description of the claim): __$960 is owed for attorney expenses incurred and $1500 for restitution for extensive emotional stress and financial hardship due to continued denial of legitimate short-term disability benefits. Benefits were paid with no questions asked upon receipt of letter from my attorney following a second denial. Approximately 1½ years had past since the initial claim was filed__

Amount of Claim $ __2460__
Court Costs $ __72__
Total $ __2532__

__8/11/09__   __Breanne Geaghan__
Date          Plaintiff's Signature

__09SC351__

Name __Jennifer Rodriguez Prudential Insurance Company of America Disability Management Services__   Phone # __800-842-1718__   Case Number __11028141__
P.O. Address __P.O. Box 13480__
City/State __Philadelphia, PA   19176__
                                    Zip Code

**DEFENDANT**

Residence Address if Different _____

IF YOU ARE SUING A CORPORATION, YOU MUST LIST THE NAME AND ADDRESS OF THE CORPORATE OFFICER TO BE SERVED.

### INSTRUCTIONS TO THE DEFENDANT

If you do not believe you owe the claim, you should write to the clerk of court by the "RETURN DATE", __9/15/09__ and ask for a hearing. A date for a hearing will then be set. You may use this form to ask the court for a hearing. Separate this portion of the form and send it to the court at the address shown at the top of this complaint. You will hear from the clerk when you are to come to court. For further instructions, see reverse side.
If you do not let the court know that you want a hearing, the court will rule in favor of the plaintiff and you will be ordered to pay this claim.

__8/17/09__
Date                                              Clerk of Court

Note: Claims over $1,500 entitle the defendant to request a jury trial.

NHJB-2370-D                       DEFENDANT

**INSTRUCTIONS**

If you wish to have a hearing on this matter, **you must check either Section A or Section B** below, enter the date, and your signature and address at the bottom. FOLLOW THE DIRECTIONS FOR THE SECTION YOU CHOOSE.

☐ SECTION A: **DISTRICT COURT HEARING BEFORE A JUDGE**
    If you wish to have a hearing in District Court, check this box, complete the bottom of this form, and **return it to the Court Clerk by the RETURN DATE on the front of the complaint.**
The Court will let you know when the hearing will be held.

☐ SECTION B: **SUPERIOR COURT TRIAL BY JURY**
    If this claim is for more than $1,500, or the title to real estate is involved you may request that the claim be transferred to the Superior Court for a jury trial. YOU MUST: (1) check this box; (2) complete the bottom of this form; (3) include $115.00 (DO NOT MAIL CASH) for the transfer fee: and (4) **return the form and the $115.00 to the District Court Clerk by the RETURN DATE on the front of the complaint.** If you do not include the $115.00 transfer fee, your case will be scheduled for hearing before a judge in the District Court.

_____          _____
Date                                                              Signature

                                                                  _____
                                                                  Address

                                                                  _____
                                                                  City                State         Zip

## NOTICE TO THE DEFENDANT

You have been sent a Small Claim Complaint which serves as notice that this action has been filed against you in the district court. You are required to file an answer with the court on or before the Return Date noted on the bottom of the complaint even if you believe that you owe the obligation in which case you should write to the court and confess judgment. If you contest the claim you can file an answer by signing and returning the appearance located on the lower back portion of the complaint. Failure to file a written response by the Return Date will result in the Sheriff serving you in person, the cost of which shall be <u>YOUR</u> responsibility if the plaintiff prevails.

Please contact the clerk at the phone number noted at the top of the complaint if you have any questions.

***PLEASE NOTE*** The fee for transferring a small claim case to the Superior Court for jury trial has increased to $ 108.00) effective July 1, 2009.

