UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Breanne P. Geaghan</u>

v.  Civil No. 09-cv-308-JL

<u>Prudential Insurance Company of America</u>

**J U D G M E N T**

In accordance with the Order dated November 30, 2009, by United States District Judge Joseph N. Laplante, judgment is hereby entered.

By the Court,

**/s/ *Daniel J. Lynch***

Daniel J. Lynch
Chief Deputy Clerk

December 2, 2009

cc: Breanne P. Geaghan, pro se
  Patrick C. DiCarlo, Esq.
  Sean K. McMahan, Esq.
  Jonathan Eck, Esq.